JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
124 HALSEY STREET, P.O. BOX 45029
NEWARK, NEW JERSEY 07102
*ATTORNEY FOR PLAINTIFF ATTORNEY GENERAL OF NEW JERSEY*

By:    Samuel Kontos-Bleifer
       Deputy Attorney General
       Attorney ID#: 431132023
       (609) 262-3882
       Samuel.Kontos-Bleifer@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS, INC.,<br><br>        Defendants. | HON. JULIEN X. NEALS, U.S.D.J.<br>HON. JAMES B. CLARK, U.S.M.J.<br><br>Civil Action No.<br>2:26-cv-09814 (JXN-JBC)<br><br>**NOTICE OF APPEARANCE** |

TO:    Clerk of the Court

       AMAZON.COM, INC.
       410 Terry Ave N
       Seattle, WA 98109

       AMAZON.COM SERVICES, LLC
       410 Terry Ave N
       Seattle, WA 98109

       AMAZON LOGISTICS, INC.
       410 Terry Ave N
       Seattle, WA 98109

**PLEASE TAKE NOTICE** that Samuel Kontos-Bleifer, Deputy Attorney General**,** is

hereby designated as co-counsel for the Attorney General of New Jersey; and

- 1 -

- 2 -

**PLEASE TAKE FURTHER NOTICE** that all future Court notices should also be directed to Deputy Attorney General Samuel Kontos-Bleifer, and all correspondence should be addressed as follows:

>Samuel Kontos-Bleifer, DAG
>New Jersey Office of the Attorney General
>Antitrust Litigation and Competition Enforcement Section
>124 Halsey Street, P.O. Box 45029
>Newark, New Jersey 07102
>Samuel.Kontos-Bleifer@law.njoag.gov

>Respectfully Submitted,

>JENNIFER DAVENPORT
>ATTORNEY GENERAL OF NEW JERSEY

>By:    /s/ Samuel Kontos-Bleifer
>Samuel Kontos-Bleifer
>Deputy Attorney General

DATED:  August 7, 2026