**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY,<br><br>  *Plaintiff,*<br><br>  v.<br><br>AMAZON.COM, INC.; AMAZON.COM Services, LLC; and AMAZON LOGISTICS, INC.<br><br>  *Defendants.* | No. 26-9814<br><br>**CERTIFICATION OF SAMUEL KONTOS-BLEIFER, DEPUTY ATTORNEY GENERAL, IN SUPPORT OF MOTION FOR ADMISSION OF MICHAEL KADES, BRIAN MOORE, AND JEFF DAN HERRERA** *PRO HAC VICE* |

I, Samuel Kontos-Bleifer, hereby certify that:

1.  I am an attorney at law of the State of New Jersey admitted to practice before this Court and a Deputy Attorney General in the Antitrust Section of the State of New Jersey Department of Law and Public Safety, Division of Law. I represent Plaintiff Attorney General Jennifer Davenport in the above-captioned matter.

2.  I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey.

3.  I respectfully submit this certification in support of Plaintiff's application for an Order admitting counsel Michael Kades, Brian Moore, and Jeff Dan Herrera, all of Nachawati Law Group, P.L.LC., in this matter pursuant to Local Civil Rule 101.1(c) and the preferences of the Honorable James B. Clark III regarding *pro hac vice* admissions.

4.  Michael Kades is a partner with the firm Nachawati Law Group, P.L.L.C.. Mr. Kades is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Michael Kades filed simultaneously with these papers.

1

5.  Brian Moore is a senior attorney with the firm Nachawati Law Group, P.L.L.C.  Mr. Moore is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Brian Moore filed simultaneously with these papers.

6.  Jeff Dan Herrera is an attorney with the firm Nachawati Law Group, P.L.L.C..  Mr. Herrera is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Jeff Dan Herrera filed simultaneously with these papers.

7.  I am confident that Michael Kades, Brian Moore, and Jeff Dan Herrera are conversant with the Local Civil Rules of the United States District Court for the District of New Jersey.  They have advised me that they will abide by those Rules.

8.  Defendants, through counsel, take no position on the *pro hac vice* admission of Michael Kades, Brian Moore, and Jeff Dan Herrera.

9.  For the foregoing reasons, it is respectfully requested that the Court enter an order admitting Michael Kades, Brian Moore, and Jeff Dan Herrera to appear *pro hac vice* before this Court for all further proceedings in this case.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct.


Dated: August 13, 2026

Respectfully submitted,

Samuel Kontos-Bleifer
Deputy Attorney General

2