**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY, | No. 26-9814 |
| *Plaintiff*, | |
| v. | **CERTIFICATION OF JEFF DAN HERRERA IN SUPPORT OF *PRO HAC VICE* ADMISSION** |
| AMAZON.COM, INC.; AMAZON.COM Services, LLC; and AMAZON LOGISTICS, INC. | |
| *Defendants*. | |

I, Jeff Dan Herrera, hereby certify that:

1.   I submit this Certification in support of my application for admission *pro hac vice* in the above-captioned case pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey on behalf of Plaintiff Jennifer Davenport, Attorney General of New Jersey.

2.   I am an attorney at the law firm Nachawati Law Group, located at 5489 Blair Road, Dallas, Texas 75231. My telephone number is (214) 890-0711. My email address is: JHerrera@ntrial.com.

3.   I was admitted to the New Mexico State Bar in November of 2020 and am a member in good standing.

4.   I was admitted to the United States District Court for the District of New Mexico in October of 2021 and am a member in good standing.

5.   The names and addresses of the official or office maintaining the roll of the members of the Bars identified above are:

State Bar of New Mexico
5121 Masthead St. NE
Albuquerque NM, 87109

United States District Court for the District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW
Albuquerque, NM 87102

6. No disciplinary proceedings have been instituted against me, nor are any pending against me in any jurisdiction, and I have never been subject to attorney discipline. Upon admission *pro hac vice*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings during the period of my *pro hac* admission.

7. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing the conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings, and shall abide by Local Civil Rule 101.1(c).

8. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

9. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also make prompt payment to the Clerk of the United States District Court of New Jersey as provided by Local Civil Rule 101.1(c)(3).

10. I also understand that upon admission *pro hac vice*, I am subject to the orders and disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New

Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

11. For the foregoing reasons, it is respectfully requested that the Court grant Plaintiffs' application to have me admitted *pro hac vice* to appear and participate as counsel in the matter pursuant to Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct.


Dated: August 11, 2026                              Respectfully submitted,

                                                    Jeff Dan Herrera