# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY, <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM Services, LLC; and AMAZON LOGISTICS, INC. <br><br> *Defendants*. | No. 26-9814 <br><br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*** |

**THIS MATTER** having been presented to the Court by the Antitrust Section of the New Jersey Department of Law and Public Safety, Division of Law, counsel for Plaintiff Jennifer Davenport, upon application for the entry of an order admitting *pro hac vice* Michael Kades, Brian Moore, and Jeff Dan Herrera of the law firm Nachawati Law Group, P.L.L.C.; and Defendants, through counsel, taking no position on said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2026,

**ORDERED** Plaintiff's application for the *pro hac vice* admission of Michael Kades, Brian Moore, and Jeff Dan Herrera is hereby **GRANTED**; and it is further

**ORDERED** that Michael Kades, Brian Moore, and Jeff Dan Herrera are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Plaintiff in this matter; and it is further

**ORDERED** that Michael Kades, Brian Moore, and Jeff Dan Herrera shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Michael Kades, Brian Moore, and Jeff Dan Herrera shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, make an annual payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 per applicant to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Michael Kades, Brian Moore, and Jeff Dan Herrera shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Michael Kades, Brian Moore, and Jeff Dan Herrera shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by David Reichenberg or his fellow Deputy Attorneys General as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

**SO ORDERED.**

_____
Hon. James B. Clark III