Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br>Defendants. | Civil Action No. 2:26-cv-09814 (JXN-JBC)<br><br>**NOTICE OF MOTION TO SEAL**<br><br>**RETURN DATE: SEPTEMBER 21, 2026**<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that on September 21, 2026, or as soon thereafter as counsel may be heard, Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon"), shall move pursuant to Local Civil Rule 5.3(c) before the Honorable James B. Clark, III, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order sealing discrete portions of the Complaint (ECF No. 1) that are identified in the Appendix accompanying this motion.

**PLEASE TAKE FURTHER NOTICE THAT** Amazon shall rely upon the accompanying Declaration of Noorulamin Patel and the Appendix annexed thereto as Exhibit A,

which sets forth, with respect to each portion of the Complaint at issue, the information required by L. Civ. R. 5.3(c)(3)(a)–(i), Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith. A proposed Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE THAT** that the Plaintiff does not oppose the relief requested herein.

Dated: August 18, 2026

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

William Savitt (*pro hac vice* forthcoming)
Anitha Reddy (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
wsavitt@gibsondunn.com
areddy@gibsondunn.com

Michael J. Perry (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
mjperry@gibsondunn.com

Matthew C. Parrott (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3800
mparrott@gibsondunn.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*