Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br>Defendants. | Civil Action No. 2:26-cv-09814 (JXN-JBC)<br><br>**STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)**<br><br>*Electronically Filed* |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. for the entry of an Order to Seal is necessary because the factual and legal basis for the relief sought herein are set forth in the Proposed Findings of Fact and Conclusions of Law, and the Declaration of Noorulamin Patel. Plaintiff and Defendants have met and conferred about this motion, and Plaintiff does not oppose the relief sought herein. Plaintiff and Defendants reserve all rights, defenses, and positions as to whether other documents or portions of documents may need to be filed under seal later in this case.

Dated: August 18, 2026

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

William Savitt (*pro hac vice* forthcoming)
Anitha Reddy (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
wsavitt@gibsondunn.com
areddy@gibsondunn.com

Michael J. Perry (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
mjperry@gibsondunn.com

Matthew C. Parrott (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3800
mparrott@gibsondunn.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*