JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
124 HALSEY STREET, P.O. BOX 45029
NEWARK, NEW JERSEY 07102
*ATTORNEY FOR PLAINTIFF ATTORNEY GENERAL OF NEW JERSEY*

By: Kashif T. Chand
Assistant Attorney General
Attorney ID#: 016752008
Kashif.Chand@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS, INC.,<br><br>Defendants. | HON. JULIEN X. NEALS, U.S.D.J.<br>HON. JAMES B. CLARK, U.S.M.J.<br><br>Civil Action No.<br>2:26-cv-09814 (JXN-JBC)<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of the Court

AMAZON.COM, INC.
410 Terry Ave N
Seattle, WA 98109

AMAZON.COM SERVICES, LLC
410 Terry Ave N
Seattle, WA 98109

AMAZON LOGISTICS, INC.
410 Terry Ave N
Seattle, WA 98109

**PLEASE TAKE NOTICE** that Kashif T. Chand, Assistant Attorney General**,** is hereby designated as co-counsel for the Attorney General of New Jersey; and

**PLEASE TAKE FURTHER NOTICE** that all future Court notices should also be directed to Assistant Attorney General Kashif Chand, and all correspondence should be addressed as follows:

Kashif T. Chand, AAG
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07102
Kashif.Chand@law.njoag.gov

Respectfully Submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Kashif T. Chand
Kashif T. Chand
Assistant Attorney General

DATED: August 18, 2026