Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09814 (JXN-JSA)<br><br>*Filed Electronically* |

**DEFENDANTS AMAZON.COM, INC.'S; AMAZON.COM SERVICES, LLC'S; AND AMAZON LOGISTICS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants hereby make the following disclosures:

Amazon.com Services, LLC and Amazon Logistics, Inc. are indirect wholly-owned subsidiaries of Amazon.com, Inc.

Amazon.com, Inc. is a publicly held corporation. Amazon.com, Inc. has no parent corporation, and no publicly held corporations own ten percent (10%) or more of Amazon.com, Inc.'s stock.

A supplemental disclosure statement will be filed upon any change in the information provided above.

Dated: September 1, 2026

Respectfully submitted,

s/Liza M. Walsh
Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

William Savitt (*pro hac vice* pending)
Anitha Reddy (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

Michael J. Perry (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500

Matthew C. Parrott (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3800

Brian Stolzenbach (*pro hac vice*)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
(312) 460-5551

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*