WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 1, 2026

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Davenport v. Amazon.com, Inc., et al.,***
**Case No.: 2:26-cv-09814 (JXN-JSA)**

Dear Judge Allen:

This firm, together with Gibson, Dunn & Crutcher LLP and Seyfarth Shaw LLP, represents Defendants (collectively, "Amazon") in the above-referenced matter. This morning, Plaintiff Jennifer Davenport, Attorney General of New Jersey, filed a letter seeking leave to file a motion for expedited discovery. (ECF No. 28.) Amazon intends to oppose Plaintiff's request and respectfully requests five (5) business days, until September 9, 2026, to submit its opposition.

If this request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered". We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF and E-Mail)

SO ORDERED:

______________________________
Honorable Jessica S. Allen, U.S.M.J.