State of New Jersey
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 HALSEY STREET
PO BOX 45029
NEWARK, NJ 07101

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

September 11, 2026

Via ECF
Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Davenport v. Amazon.com, Inc. et al.*
Case No. 2:26-cv-9814
*Pro Hac Vice* Admission Motion on Consent

Dear Judge Allen:

This office represents Plaintiff New Jersey Attorney General Jennifer Davenport in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), and Your Honor's preferences regarding *pro hac vice* applications, Plaintiff submits this informal application for the *pro hac vice* admission of Erin Lyman of Nachawati Law Group, P.L.L.C., in this matter. Defendants, through counsel, take no position on the application.

In support of this application, enclosed please find the following:

- Certification of Samuel Kontos-Bleifer in support of the application for their *pro hac vice* admission;
- Certification of Erin Lyman; and
- A proposed order granting the *pro hac vice* admission.

Should the enclosed proposed form of Order meet Your Honor's approval, we respectfully request that it be entered on the docket. Please do not hesitate to contact us with any questions. Your Honor's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Samuel Kontos-Bleifer
Deputy Attorney General

Encl.
Cc: Counsel of Record (via ECF and Email)