WALSH
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 18, 2026

**VIA ECF**

Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Davenport v. Amazon.com, Inc., et al.*, Civ. A. No. 2:26-cv-09814 (JXN) (JSA)**

Dear Judge Allen:

This firm, along with Gibson, Dunn & Crutcher LLP and Seyfarth Shaw LLP, represents Defendants (collectively, "Amazon") in the above referenced matter.

The parties have conferred and respectfully request that the Oral Argument currently scheduled for September 23, 2026 at 2:30 p.m. be adjourned due to a scheduling conflict for Amazon, subject to Your Honor's availability, to either September 28, 2026 (any time other than 2:00-3:30 p.m.), or September 29, 2026. Alternatively, the parties are available any time from September 30 through October 2 at the convenience of the Court. Plaintiff is amenable to accommodating Amazon's request so long as the Argument is not delayed beyond October 2.

As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All counsel of record (via CM/ECF)

*The adjournment request is granted. The oral argument is adjourned until 9/30/26 at 1:30 p.m.
**So ordered.**

**s/Jessica S. Allen**
**United States Magistrate Judge**

**Dated: September 21, 2026**