**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JENNIFER DAVENPORT, Attorney General of the STATE OF NEW JERSEY,**<br><br>**Plaintiff,**<br>**v.**<br><br>**AMAZON.COM, INC., *et al.*,**<br><br>**Defendants.** | **Civil Action No. 26-9814 (JXN) (JSA)**<br><br><br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for Oral Argument on Plaintiff's request for expedited discovery (*see* ECF No. 28); and Defendants having opposed Plaintiff's request (*see* ECF No. 32); and the Court having considered the parties' respective submissions and having heard the arguments of counsel; and for the reasons set forth on the record, which are incorporated herein at length; and for good cause shown;

**IT IS on this 30th day of September 2026,**

**ORDERED** that, Plaintiff's request for expedited discovery, (ECF No. 28), is **DENIED**; and it is further

**ORDERED** that, the Clerk of the Court is requested to terminate ECF No. 28.

**s/Jessica S. Allen**
**Hon. Jessica S. Allen**
**United States Magistrate Judge**

cc: Hon. Julien X. Neals, U.S.D.J.