WALSH PIZZI O'REILLY FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 8, 2026

**VIA ECF**

Hon. Julien X. Neals, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Davenport v. Amazon.com, Inc., et al.***
**Civil Action No. 2:26-cv-09814 (JXN) (JSA)**

Dear Judge Neals:

This firm, together with Gibson, Dunn & Crutcher LLP and Seyfarth Shaw LLP, represents defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc., ("Amazon") in this matter.

Pursuant to Your Honor's Order (Dkt. 51), Amazon intends to file several motions: first, a motion to dismiss under Rule 12(b)(1); second, alternatively, a motion to stay pending arbitration under the Federal Arbitration Act and applicable state law; and third, alternatively, a motion to dismiss under Rule 12(b)(6). Amazon seeks to address the legal issues before the Court as concisely as possible, so it intends to file a consolidated brief in support of the three motions.

Amazon respectfully requests an enlargement of the default page limits up to 55 pages in 12 pt font for its opening brief. Amazon submits there is good cause for the additional pages in order to provide Amazon the space to fully and helpfully present to the Court the substantial and important issues in this matter, while using fewer pages than would otherwise have been permitted if Amazon had filed separate briefs for the separate motions.

Amazon has sought and obtained Plaintiff's consent to the requested 55-page limit. The parties have further agreed that Plaintiff may file an opposition brief of up to 60 pages in 12-point font and that Amazon may file a reply brief of up to 20 pages in 12-point font. The parties also propose the following briefing schedule:

- Amazon's motion shall be filed by October 23, 2026;
- Plaintiff's opposition shall be filed by December 8, 2026;
- Amazon's reply shall be filed by January 8, 2027

We thank the Court for its consideration of this request, and are available should Your Honor or Your Honor's staff have any questions or require anything further. If the requested page-limit and schedule extensions are acceptable to the Court, we respectfully request that the Court "So Order" this letter and place it on the docket in the above matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All counsel of record (via CM/ECF)

IT IS on this _____ day of ___________, 2026,

SO ORDERED.

______________________________
Hon. Julien X. Neals, U.S.D.J.